**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:20-cv-03979-EK-SJB |
| | : | |
| PLAZA PATISSERIE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby requests the voluntary dismissal of **ALL DEFENDANTS** from this action without prejudice.

Respectfully,

Dated: May 25, 2022

By: /s/ Jon D. Jekielek
Jon D. Jekielek, Esq.
Jekielek & Janis
31 Cloverhill Place, Floor 1
Montclair, NJ 07042
T: (212) 686-7008
jon@jj-lawyers.com

Attorneys for Plaintiff